# EXHIBIT 3

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

July 5, 2006

Town and Country Credit Corp.
2010 Main St.
Suite 800
Irvine, CA 92614

Re: **Notice of Rescission by Michael S. Thompson of [redacted] Loan Number: 0112339528, Closing Date: 03/09/2005**

To Whom It May Concern:

I represent Michael S. Thompson concerning the mortgage loan transaction he and his wife entered into with Town and Country Credit Corp on March 9, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Thompson was provided with incomplete and therefore inaccurate notice of right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Town and Country Credit Corp on the Thompson's property located at 109 Willow Street rear, Woonsocket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Michael S. Thompson**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Michael S. Thompson