# EXHIBIT 4

AMERIQUEST®
MORTGAGE COMPANY

***Via Facsimile: (401) 728-6534***
***and Federal Express***

July 24, 2006

Christopher Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street
Pawtucket, Rhode Island 02862

***Re:*** ***Borrowers:*** ***Michael Thompson & Kelly Thompson***
***Property Address:*** [redacted]

Dear Mr. Lefebvre:

This letter is in response to your correspondence dated July 5, 2006, which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act. We note your letter states that you represent Michael Thompson; however, you did not attach a letter or writing signed by your client which authorizes Ameriquest to release account specific information to you. Please fax the written authorization and address all future correspondence to Ameriquest at the following address:

Attn: Legal Department
Ameriquest Mortgage Company
1100 Town & Country Road, Suite 1200
Orange, California 92868
Fax: (714) 245-0872

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and Kelly Thompson and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your client's rescission request.

Notwithstanding the above, Ameriquest is prepared to make your client an offer as a customer accommodation. Upon our receipt of your client's written authorization, we will forward our offer to your office.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Regulatory Response Analyst II
Ameriquest Mortgage Company



EQUAL HOUSING LENDER