# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHAEL S. THOMPSON,

Plaintiff,

v.

TOWN AND COUNTRY CREDIT CORP. and AMERIQUEST MORTGAGE COMPANY,

Defendants.

C.A. No. 07-117-ML

## ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Town and Country Credit Corp. and Ameriquest Mortgage Company ("Defendants") respectfully requests that the Court enlarge the time within which they may answer or otherwise respond to plaintiff's Complaint ("Complaint") up through and including June 3, 2007. As grounds for the motion Defendants state:

1. Defendants' response to the Complaint is currently due on April 19, 2007.

2. Plaintiff's counsel agreed to extend the time by which Defendants were to answer or otherwise respond to the Complaint.

3. This action has been designated as a "tag-along" action and is thus subject to a conditional transfer order ("CTO-1") to the U.S. District Court for the Northern District of Illinois (Hon. Marvin E. Aspen) in the MDL proceeding styled as In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, MDL-1715. The action is not yet the subject of a final transfer order.

4. To permit it sufficient time to answer or otherwise respond to the Complaint, Defendants seek to extend the period in which they may do so up to and including June 3, 2007.

5. Plaintiff's counsel has assented to this motion.

WHEREFORE, Defendants Town and Country Credit Corp. and Ameriquest Mortgage Company respectfully request that the Court enlarge the time within which they may answer or otherwise respond to the Complaint up through and including June 3, 2007.

TOWN AND COUNTRY CREDIT CORP.
and AMERIQUEST MORTGAGE
COMPANY,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774))
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: April 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2007, I electronically filed the ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

913311_1/7511-13