# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHAEL S. THOMPSON,

Plaintiff,

v.

TOWN AND COUNTRY CREDIT CORP. and AMERIQUEST MORTGAGE COMPANY,

Defendants.

C.A. NO. 07-117-ML

**DEFENDANT TOWN AND COUNTRY CREDIT CORP.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Town and Country Credit Corp. ("Town and Country") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Town and Country stock.

TOWN AND COUNTRY CREDIT CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: May 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2007, I electronically filed the foregoing DEFENDANT TOWN AND COUNTRY CREDIT CORP.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

917232_1/6699-2